No. 94–1199. ZISK *v.* HIGH STREET ASSOCIATES. App. Ct. Conn. Certiorari denied. 

No. 94–1201. BLANKENBURG ET AL. *v.* CORBIN, TRUSTEE AND FIDUCIARY OF THE PATTERN & MODEL MAKERS' ASSOCIATION OF WARREN & VICINITY PENSION FUND (DEFINED BENEFIT). C. A. 6th Cir. Certiorari denied. 

No. 94–1232. OHIO SAVINGS BANK *v.* ESTATE OF POPP. Ct. App. Ohio, Cuyahoga County. Certiorari denied. 

No. 94–1265. WOLVERINE, LTD., ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. 

No. 94–1274. MARTINSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 94–1275. NATIONALIST MOVEMENT *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. 

No. 94–1279. MCELROY *v.* UNITED STATES; DUCHINSKY *v.* UNITED STATES; OWENS *v.* UNITED STATES; MARTZ *v.* UNITED STATES; and HEBERT *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied. 

No. 94–1282. WARD *v.* UNIVERSITY OF TENNESSEE ET AL. C. A. 6th Cir. Certiorari denied. 

No. 94–6175. EMERY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 94–6460. WARD *v.* WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 94–6612. JAMES *v.* RUNYON, POSTMASTER GENERAL. C. A. 2d Cir. Certiorari denied.

No. 94–7020. DANDRIDGE *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.